UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-cv-61320-COHN

JOSE GREGORIO LOPEZ,

    Plaintiff,

vs.

SOHAM PIES LLC and
RITESH N. PATEL,

    Defendants.
_____/

## JOINT MOTION FOR IN CAMERA INSPECTION OF SETTLEMENT AGREEMENT

Plaintiff, JOSE GREGORIO LOPEZ, and Defendants, SOHAM PIES LLC and RITESH N. PATEL, (hereinafter referred to as "The Parties") jointly move for an in camera inspection of the Settlement Agreement (hereinafter the "Agreement") signed by the Parties in this case. In support of this Motion, the Parties state as follows:

1. The Parties have resolved their dispute involving all alleged violations of unpaid minimum and overtime wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq*. The Parties have also resolved other claims not included in the complaint filed in this case. The Parties have entered into an agreement that resolves all claims. The Parties have agreed to confidentiality as a material term of the Agreement. As such, the Parties request an in camera inspection of the Agreement by this Court prior to the entry of the Order of Final Dismissal of Plaintiff's Action with Prejudice. None of the Parties will be prejudiced if this court allows an in camera inspection of the Agreement.

2. Pursuant to federal law, agreements under the FLSA must be approved by either the Court or the U.S. Department of Labor to be binding. *See*, *e.g.*, *Lynn's Food Stores v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A court may enter a stipulated judgment after scrutinizing the agreement for fairness. *Id.* at 1353. In this case, no complaint was filed with the U.S. Department of Labor. Rather, Plaintiff brought his claim directly before the Court.

3. To ensure the confidentiality of the settlement, including non-FLSA claims, the Parties respectfully request that the Court allow an in camera inspection of the Agreement, thereafter approve the Agreement, and dismiss the case with prejudice.

4. The Parties will be filing a separate Joint Motion to Approve the Agreement and Dismiss Case with Prejudice as soon as they are notified that the Court has approved this Motion for In Camera Inspection.

WHEREFORE, the Parties respectfully request that this Court grant their Joint Motion for In Camera Inspection of Settlement Agreement and review the Agreement in camera.

| | |
|---|---|
| s/ Elliot Kozolchyk__ | s/ Elizabeth M. Rodriguez___ |
| Elliot Kozolchyk | Elizabeth M. Rodriguez |
| Florida Bar No. 74791 | Florida Bar No. 821690 |
| ekoz@kozlawfirm.com | erodriguez@fordharrison.com |
| Koz Law, P.A. | FordHarrison LLP |
| 320 S.E. 9th Street | Miami Tower |
| Ft. Lauderdale, FL 33316 | 100 S.E. 2nd Street, Suite 2150 |
| Phone: (786) 924-9929 | Miami, FL 33131 |
| Fax:  (786) 358-6071 | (305) 808-2143 - telephone |
| Attorneys for Plaintiff | (305) 808-2101 – facsimile |
| | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of January, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Elizabeth M. Rodriguez

**SERVICE LIST**

Elliott Kozolchyk, Esq.
Koz Law, P.A.
320 SE Ninth Street
Fort Lauderdale, Florida  33316
Telephone: (786) 924-9929
Facsimile:  (786) 358-6071
ekoz@kozlawfirm.com
Attorneys for Plaintiff

(via CM/ECF)

WSACTIVELLP:8173299.1