UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-CV-61320-COHN

JOSE GREGORIO LOPEZ,

    Plaintiff,

v.

SOHAM PIES LLC and
RITESH N. PATEL,

    Defendants.

_____/

## ORDER ON JOINT MOTION FOR IN CAMERA INSPECTION
## OF SETTLEMENT AGREEMENT

**THIS CAUSE** is before the Court upon the Joint Motion for an In-Camera Inspection of the Parties' Settlement Agreement ("Agreement"). The Court has carefully considered the Motion and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that the Joint Motion for In-Camera Inspection of the Parties' Settlement Agreement DE [17] be and the same is **GRANTED**. The Court hereby directs the parties to submit the Agreement to the Court for an in camera review. The Agreement will not be filed and will not be available for public inspection. At the conclusion of this case, the Agreement shall be destroyed. The parties are advised that

the Calendar Call scheduled for Thursday, January 28, 2016, remains on the calendar until such time as the Settlement Agreement is submitted to the Court for review.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this 22nd day of January, 2016.

JAMES I. COHN
United States District Judge