UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-61320-COHN

JOSE GREGORIO LOPEZ,

    Plaintiff,

v.

SOHAM PIES LLC and
RITESH N. PATEL,

    Defendants.
_____/

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND RELEASE AND DISMISS CASE WITH PREJUDICE

Plaintiff, JOSE GREGORIO LOPEZ, and Defendants, SOHAM PIES LLC and RITESH N. PATEL, by and through their respective undersigned counsel and pursuant to Local Rule 7.1, Local Rules for the United States District Court Southern District of Florida, hereby file this Joint Motion to Approve Settlement Agreement and Release and Dismiss this Case with Prejudice, and state the following in support thereof:

1. Plaintiff filed a complaint claiming Defendants violated the Fair Labor Standards Act (FLSA), as amended, 29 U.S.C. § 201-216, by allegedly failing to pay minimum and overtime wages.

2. Defendants deny Plaintiff's allegations of unlawful conduct and/or liability.

3. To avoid the costs and uncertainty of litigation, however, the Parties have negotiated a settlement of this matter.

4. Pursuant to <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor.  In light of the fact that the Settlement Agreement resolves other claims and that it contains a confidentiality provisions, the Parties respectfully request that the Court review in camera.

5. The Parties stipulate that the Agreement includes every term and condition of the Parties' settlement.

6. The Parties also stipulate that the settlement reached between them represents a "fair and reasonable" resolution of Plaintiff's FLSA claims.  The Parties also stipulate that the settlement reached between them advances judicial economy.

7. The Parties represent that Plaintiff's attorneys' fees were agreed upon separately and without regard to the amount paid to Plaintiff.

8. The Parties further stipulate to the dismissal with prejudice of this action upon approval by the Court of the Agreement.

9. The Parties further stipulate to the Court retaining jurisdiction of this case for ninety (90) days from the entry of this Order only for purposes of enforcing the payment terms of the Settlement Agreement.

WHEREFORE, the Parties respectfully request that this Court approve the Settlement Agreement and dismiss with prejudice Plaintiff's complaint.

Respectfully submitted this 22nd day of January, 2016.

| | |
|---|---|
| s/ Elliot Kozolchyk__ | s/ Elizabeth M. Rodriguez |
| Elliot Kozolchyk | Elizabeth M. Rodriguez |
| Florida Bar No. 74791 | Florida Bar No. 0821690 |
| ekoz@kozlawfirm.com | erodriguez@fordharrison.com |
| Koz Law, P.A. | FordHarrison LLP |
| 320 S.E. 9th Street | 100 S.E. 2nd Street |
| Ft. Lauderdale, FL  33316 | Suite 2150 |
| Phone: (786) 924-9929 | Miami, Florida 33131 |
| Fax:    (786) 358-6071 | Telephone: (305) 808-2143 |
| Attorneys for Plaintiff | Facsimile:  (305) 808-2101 |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Elizabeth M. Rodriguez

## SERVICE LIST

Elliott Kozolchyk, Esq.
Koz Law, P.A.
320 SE Ninth Street
Fort Lauderdale, Florida  33316
Telephone: (786) 924-9929
Facsimile:  (786) 358-6071
ekoz@kozlawfirm.com
Attorneys for Plaintiff

(via CM/ECF)

WSACTIVELLP:8173494.1